UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MUTAH WALTON aka MUTASIM WALTON,  Crim. No. 12-33

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                    ( ) Ad Testificandum

1. MUTAH WALTON aka MUTASIM WALTON, FBI #11863HB8 (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility.

2. The Detainee is charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint with a violation of  18 United States Code Section 922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, MLK Jr., Bldg, Courtroom 5D, before the Hon. Jose L. Linares, U.S. District Judge, on Wednesday, March 28, 2012, at 10:30 a.m., for an **Arraignment** in the above-captioned case.  A Writ of Habeas Corpus should issue for that purpose.

DATED: March 23, 2012                    /s/ *Victor Yee*
                                          VICTOR YEE
                                          Special Assistant U.S. Attorney
                                          Petitioner

## ORDER

Let the Writ Issue.

DATED: 3/26/12

_____
Hon. Jose L. Linares, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL:

WE COMMAND YOU that you have the body of

MUTAH WALTON aka MUTASIM WALTON, FBI #11863HB8

now confined at the Essex County Jail, brought before the Hon. Jose L. Linares, U.S. District Judge, at the United States District Court, in the MLK, Jr. Bldg. at Newark, on Thursday, March 28, 2012 at 10:30 a.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Jose L. Linares
United States District Judge
Newark, New Jersey

DATED: 3/26/2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk