**JS-10 Routing Sheet**

Date : **March 30, 2012**

To : **Eric Underwood**

From : **Lissette Rodriguez**, Courtroom Deputy

**Re: Monthly Trials and Non-Trial Report (JS-10)**

     The attached report has been reviewed for accuracy with the minutes of proceedings filed and docketed for Judge **Jose L. Linares** during the month of **March, 2012** and is in compliance with the reporting guidelines and training instructions.

                                                    _ler_ Courtroom Deputy Initials

# Trials and Other Court Activity Report
## U.S. District Court
### District of New Jersey [LIVE]

**Today's Date:** 3/30/2012  **Start Period:** 3/1/2012
**Judge Code:** 1254  **End Period:** 3/31/2012
**Judge:** Jose L. Linares

### PART A. TRIALS BEGINNING DURING THE REPORT PERIOD.

| Place of Holding Court | Docket # | Def. No. (Crim. only) | Number of Criminal Defendants (On Trial) | Type of Case | Date Case Filed | Type of Trial | Date Trial Began | Total Hours in Trial This Month | Number of Separate Days of Trial This Month | Trial Status |
|---|---|---|---|---|---|---|---|---|---|---|

### PART B. TRIALS CONTINUED FROM THE PREVIOUS MONTH.

| Place of Holding Court | Docket # | Def. No. (Crim. only) | Number of Criminal Defendants (On Trial) | Type of Case | Date Case Filed | Type of Trial | Date Trial Began | Total Hours in Trial This Month | Number of Separate Days of Trial This Month | Trial Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Newark | 2:11-cr-00310-JLL | 1 | 1 | Criminal | | Other Evidentiary Hearing - Contested | 01/20/2012 | 0:00 | 1 | Evidence Entered, continued |

### NON-TRIAL PROCEEDINGS.

| Day of the Month | Place of Holding Court | Total # of Hours | Arraignments/Pleas | Sentencings | Motions | Pretrial Conferences | Grand Jury | Supervised Release # | Supervised Release Hours | Probation # | Probation Hours | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Newark | 0:45 | 1 | 0 | 0 | 0 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 02 | Newark | 4:00 | 0 | 0 | 1 | 0 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 05 | Newark | 0:15 | 0 | 0 | 0 | 1 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 07 | Newark | 0:50 | 1 | 0 | 0 | 0 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 08 | Newark | 2:20 | 1 | 1 | 0 | 0 | 0 | 1 | 1:10 | 0 | 0:00 | 0 |
| 19 | Newark | 1:10 | 4 | 0 | 0 | 1 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 21 | Newark | 0:30 | 1 | 0 | 0 | 0 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 26 | Newark | 3:45 | 3 | 0 | 1 | 0 | 1 | 0 | 0:00 | 0 | 0:00 | 0 |
| 28 | Newark | 1:35 | 2 | 1 | 0 | 0 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |
| 29 | Newark | 0:45 | 0 | 1 | 0 | 0 | 0 | 0 | 0:00 | 0 | 0:00 | 0 |

| TOTALS FOR EACH PLACE OF HOLDING COURT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Newark | 15:55 | 13 | 3 | 2 | 2 | 1 | 1 | 1:10 | 0 | 0:00 | 0 |

## Non Trial Proceedings Detail Data

| Date | Office | # proceedings | Case # | Hearing type | Time in court |
|---|---|---|---|---|---|
| 03/01/2012 | Newark | | 2:12-cr-00158-JLL -4 | Arraignment/Plea | :45 |
| 03/02/2012 | Newark | | 2:09-cv-06383-JLL-MAH | Motion Hearing - Non-evidentiary | 4:00 |
| 03/05/2012 | Newark | | 2:10-cv-01499-JLL -MAH | Pretrial Conference | :15 |
| 03/07/2012 | Newark | | 2:12-cr-00171-JLL -1 | Arraignment/Plea | :50 |
| 03/08/2012 | Newark | | 2:99-cr-00072-JLL -1 | Supervised Release Hearing - Non-evidentiary | 1:10 |
| 03/08/2012 | Newark | | 2:99-cr-00072-JLL -1 | Arraignment/Plea | :35 |
| 03/08/2012 | Newark | | 2:99-cr-00072-JLL -1 | Sentencing Hearing - Non-evidentiary | :35 |
| 03/19/2012 | Newark | | 2:11-cr-00879-JLL -1 | Pretrial Conference | :30 |
| 03/19/2012 | Newark | | 2:11-cr-00768-JLL -1 | Arraignment/Plea | :40 |
| 03/19/2012 | Newark | | 2:11-cr-00768-JLL -3 | Arraignment/Plea | :40 |
| 03/19/2012 | Newark | | 2:11-cr-00768-JLL -4 | Arraignment/Plea | :40 |
| 03/19/2012 | Newark | | 2:11-cr-00768-JLL -5 | Arraignment/Plea | :40 |
| 03/21/2012 | Newark | | 2:12-cr-00200-JLL -1 | Arraignment/Plea | :30 |
| 03/26/2012 | Newark | 1 | | Grand jury | 0:15 |
| 03/26/2012 | Newark | | 2:11-cr-00768-JLL -6 | Arraignment/Plea | :30 |
| 03/26/2012 | Newark | | 2:11-cr-00768-JLL -7 | Arraignment/Plea | :30 |
| 03/26/2012 | Newark | | 2:11-cr-00768-JLL -8 | Arraignment/Plea | :30 |
| 03/26/2012 | Newark | | 2:11-cr-00353-JLL -1 | Motion Hearing - Non-evidentiary | 3:00 |
| 03/28/2012 | Newark | | 2:11-cr-00879-JLL -1 | Arraignment/Plea | :40 |
| 03/28/2012 | Newark | | 2:11-cr-00221-JLL -1 | Sentencing Hearing - Non-evidentiary | :45 |
| 03/28/2012 | Newark | | 2:12-cr-00163-JLL -1 | Arraignment/Plea | :10 |
| 03/29/2012 | Newark | | 2:11-cr-00609-JLL -1 | Sentencing Hearing - Non-evidentiary | :45 |

**ERROR MESSAGES**
There are no errors in this report.